**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| ERVIN FRANK LAYER | § | |
| Debtor(s) | § | Case No. 19-41969 |

**MOTION FOR PROTECTIVE ORDER TO RESTRICT ACCESS AND ALLOW FOR REDACTION OF INFORMATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now, Real Time Resolutions, Inc., a secured creditor of the above-named Debtor, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Mackie Wolf Zientz & Mann, P.C., and moves this Court for entry of an order restricting access and allowing for redaction of information pursuant to Fed. R. Bankr. P. 9037, and as grounds therefore states as follows:

1. A *Notice of Mortgage Payment Change Claim Number 7* was filed in the record of this court on 10/03/2019.

2. Said Notice of Mortgage Payment Change Claim contained a name, social security number, and/or account number which is prohibited under Fed. R. Bankr. P. 9037.

3. Movant requests redaction of said personal information.

**WHEREFORE**, Movant respectfully requests the Clerk redact said personal information in the 10/03/2019 *Notice of Mortgage Payment Change Claim Number 7*.

12-004765-570-2

Date: <u>March 4, 2020</u>                                     Respectfully submitted,

                                                               MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
Email: swu@mwzmlaw.com

By: <u>*/s/ Stephen Wu*</u>
Stephen Wu (Bar No. 24042396)

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Stephen Wu (Bar No. 24042396)
Chelsea Schneider (Bar No. 24079820)

## Certificate of Service

A copy of this statement was served on the persons listed below, in the manner listed below on March 4, 2020.

By: */s/ Stephen Wu*

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Stephen Wu (Bar No. 24042396)
Chelsea Schneider (Bar No. 24079820)

Via Pre-Paid U.S. Mail:
**Ervin Frank Layer**
9814 Faircrest Drive
Dallas, TX 75238
Debtor(s)

Via ECF:
**Gregory W. Mitchell**
12720 Hillcrest Road
Suite 625
Dallas, TX 75230
Attorney for Debtor(s)

Via ECF:
**Carey D. Ebert**
P.O. Box 941166
Plano, TX 75094-1166
13 Trustee

Via ECF:
US Trustee

Parties Requesting Notice:

Richardson ISD
c/o Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 Fax
email: ecobb@pbfcm.com

12-004765-570-2

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com

Bayview Loan Servicing, LLC
c/o Mccalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001
(972) 386-5040

12-004765-570-2