**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Texas
Case No. 19-41969
Chapter 13

In re: Debtor(s) (including Name and Address)

Ervin Frank Layer
9814 Faircrest Drive
Dallas TX 75238

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 10/23/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor,
Coral Gables, FL 33146

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/28/20

Jeanne Henderson
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                                          Case No. 19-41969-btr

Ervin Frank Layer                                                                      Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 7769053 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 27 2020 01:46:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020                          Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Bayview Loan Servicing  LLC edecf@BDFGROUP.com, marshak@bdfgroup.com |
| Alonzo Z. Casas | on behalf of Creditor Community Loan Servicing  LLC ecftxeb@aldridgepite.com, ACasas@ecf.inforuptcy.com |
| Alonzo Z. Casas | on behalf of Creditor Bayview Loan Servicing  LLC ecftxeb@aldridgepite.com, ACasas@ecf.inforuptcy.com |
| Carey D. Ebert | on behalf of Trustee Carey D. Ebert  ECFch13plano@ch13plano.com |
| Carey D. Ebert, | |

ECFch13plano@ch13plano.com

Eboney Cobb
      on behalf of Creditor Richardson ISD ecobb@pbfcm.com  ecobb@ecf.inforuptcy.com

Gregory W. Mitchell
      on behalf of Debtor Ervin Frank Layer greg@mitchellps.com

Jessica Holt
      on behalf of Creditor Bayview Loan Servicing  LLC jholt@mwzmlaw.com, txed@mwzmlaw.com

John Schlotter
      on behalf of Creditor Bayview Loan Servicing  LLC bankruptcyecfmail@mccalla.com,
john.schlotter@mccalla.com,mccallaecf@ecf.courtdrive.com

Laurie A. Spindler
      on behalf of Creditor Dallas County laurie.spindler@lgbs.com  Dora.Casiano-Perez@lgbs.com

Maria Tsagaris
      on behalf of Creditor Bayview Loan Servicing  LLC mccallaecf@ecf.courtdrive.com

Paul K. Kim
      on behalf of Creditor Bayview Loan Servicing  LLC edecf@BDFGROUP.com

Rose M. Velasquez
      on behalf of Creditor Real Time Resolutions  Inc. rose.velasquez@rtresolutions.com

Stephen Wu
      on behalf of Creditor Real Time Resolutions  Inc. swu@mwzmlaw.com, txed@mwzmlaw.com

Stephen Wu
      on behalf of Creditor Bayview Loan Servicing  LLC swu@mwzmlaw.com, txed@mwzmlaw.com

US Trustee
      USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 16