**Fill in this information to identify the case:**

Debtor 1: Ervin Frank Layer

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Texas
(State)

Case number: 19-41969

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bayview Loan Servicing, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0689

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 10/9/2019 - Objection | (3) | $ 550.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 9/26/2019 | (5) | $ 700.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 8/13/2019 | (11) | $ 250.00 |
| 12. Other. Specify: 410A Loan Payment History | 9/26/2019 | (12) | $ 300.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  **Ervin Frank Layer**
          First Name   Middle Name   Last Name

Case number (*if known*) __19-41969__

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ Alonzo Z. Casas_
Signature

Date  02 / 07 / 2020

Print:  **Alonzo Z. Casas**
        First Name   Middle Name   Last Name

Title  **Agent for Creditor**

Company  **Aldridge Pite, LLP**

Address  **4375 Jutland Dr. Suite 200; P.O. Box 17933**
         Number                Street
         **San Diego**                **CA**      **92177**
         City                         State     ZIP Code

Contact phone  ( 858 ) 750 – 7600

Email  ACasas@aldridgepite.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and/or by electronic notice February 7, 2020.

**DEBTOR(S)**
**(Via U.S. Mail)**

Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

**DEBTOR(S) ATTORNEY**
**(Via Electronic Notice)**

Gregory W. Mitchell

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

Carey D. Ebert

**U.S. TRUSTEE**
**(Via Electronic Notice)**

Office of the U.S. Trustee


Dated: February 7, 2020                    /s/ Alonzo Z. Casas
                                           Alonzo Z. Casas