Fill in this information to identify the case:

Debtor 1   Ervin Frank Layer

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN   District of   TEXAS
(State)

Case number   19-41969

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | BAYVIEW LOAN SERVICING, LLC | **Court claim no. (if known)** | 8-1 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX0689 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/26/2019, | (5) | $ 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 8/12/2019 | (11) | $ $250.00 |
| 12. | Other. Specify: POC 410a History | 9/26/2019 | (12) | $ $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Ervin Frank Layer | | Case number (*if known*) | 19-41969 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
т I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | */s/John D. Schlotter* | | Date | 1/3/2020 |
|---|---|---|---|---|---|
| | | Signature | | | |

| Print: | John | D. | Schlotter | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC |
|---|---|
| Address | 1544 Old Alabama Road |
| | Number     Street |
| | Roswell        GA        30076 |
| | City       State      ZIP Code |
| Contact phone | 678-281-6453        Email    John.Schlotter@mccalla.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

**In re:** )
) **Case No.** 19-41969
Ervin Frank Layer ) **Chapter** 13
)
) **JUDGE:** BRENDA T. RHOADES
)

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| | 08/12/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |
| Other | | | $300.00 |
| | 09/26/2019 | Preparation of the POC 410A History | $300.00 |
| Bankruptcy/Proof of Claim Fees | | | $700.00 |
| | 09/26/2019 | Preparation and Filing of Proof of Claim | $700.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$1,250.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:   Ervin Frank Layer | Bankruptcy Case No.:   19-41969<br>Chapter:   13<br>Judge:   Brenda T. Rhoades |

CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ervin Frank Layer
9814 Faircrest Drive
Dallas, TX 75238

Gregory W. Mitchell                                    *(served via ECF Notification)*
12720 Hillcrest Road
Suite 625
Dallas, TX 75230

Carey D. Ebert                                         *(served via ECF Notification)*
P. O. Box 941166
Plano, TX 75094

U.S. Trustee
US Trustee                                             *(served via ECF Notification)*
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   2/27/2020       By:    */s/John D. Schlotter*
                 (date)                John D. Schlotter
                                       Authorized Agent for Bayview Loan Servicing, LLC