**Fill in this information to identify the case:**

Debtor 1 __ERVIN FRANK LAYER_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern_____    District of __Texas____
(State)

Case number __19-41969-BTR-13_____

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAYVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0 6 8 9

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2020

**New total payment:** $ 1,729.69
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 842.92    New escrow payment: $ 895.62

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  ERVIN FRANK LAYER
         First Name   Middle Name   Last Name

Case number (if known) 19-41969-BTR-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

❑ I am the creditor

❑ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ PAUL KIM
  Signature

Date 07/03/2020

Print: PAUL    KIM
      First Name   Middle Name   Last Name

Title  ATTORNEY FOR CREDITOR

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address  4004 Belt Line Rd Ste. 100
         Number        Street

         ADDISON, TEXAS 75001
         City           State    ZIP Code

Contact phone (972) 386-5040

Email  EDECF@BDFGROUP.COM

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 03, 2020, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP

BY: /s/ PAUL KIM    07/03/2020
    PAUL KIM
    TX NO. 24001182
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 386-5040
    Facsimile: (972) 661-7725
    E-mail: EDECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ERVIN FRANK LAYER
9814 FAIRCREST DRIVE
DALLAS, TX 75238

**DEBTOR'S ATTORNEY:**
GREGORY W. MITCHELL
1412 MAIN STREET
SUITE 500
DALLAS, TX  75202

**TRUSTEE:**
CAREY D. EBERT
P O BOX 941166
PLANO, TX  75094-1166